**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Edgar Manuel Sierra-Serrano, | No. 25-cv-2274 (KMM/EMB) |
| Petitioner, | |
| v. | |
| | **ORDER** |
| Warden, FCI Sandstone, | |
| Respondent. | |

---

This matter is before the Court on Petitioner Edgar Manuel Sierra-Serrano's request for permission to file a motion for reconsideration. (Dkt. 20.) Specifically, he would like the Court to reconsider its Order adopting the Report and Recommendation (R&R) issued by United States Magistrate Judge Elsa M. Bullard and denying his Petition for a Writ of Habeas Corpus. (Dkt. 18.) The request is denied.

In making his request, Mr. Sierra-Serrano points the Court to a new policy implemented by the Federal Bureau of Prisons that, according to him, supports the conditional placement date he has calculated. (Dkt. 20 at 1.) However, even by his calculation, Mr. Sierra-Serrano's conditional placement date is still over one year away. Therefore, the Court's stated reasons for denying his habeas petition in the Order—because the Court cannot calculate a release date both because it is too early to do so and because it is the BOP's job to do so in the first instance—still hold true. (Dkt. 18 at 2.) In the absence of the "compelling circumstances" required for a court to grant leave to file a motion to reconsider, the Court denies the request. *See* D. Minn. LR 7.1(j).

1

**ORDER**

Accordingly, **IT IS HEREBY ORDERED THAT** Petitioner Edgar Manuel Sierra-

Serrano's request for permission to file a motion for reconsideration is **DENIED**.


Date: April 22, 2026

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge